JOSE L. PATIÑO, CA Bar No. 149568
  jpatino@foley.com
NICOLA A. PISANO, CA Bar No. 151282
  npisano@foley.com
JUSTIN E. GRAY, CA Bar No. 282452
  jegray@foley.com
FOLEY & LARDNER LLP
3579 VALLEY CENTRE DRIVE, SUITE 300
SAN DIEGO, CA 92130
TELEPHONE:  858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Plaintiff
KYOCERA INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| KYOCERA INTERNATIONAL, INC., | Case No. 3:17-cv-00262-JLS-JMA |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| BLUE SPIKE, LLC, | |
| Defendant. | Judge:   Hon. Janis L. Sammartino |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Kyocera International, Inc. ("Kyocera") and Defendant Blue Spike, LLC ("Blue Spike") hereby stipulate to dismissal of this action in its entirety with prejudice, including all claims, defenses, or counterclaims that Blue Spike raised or could have raised in this action with respect to the patents indicated in the declaratory judgment action, with each party to bear its own costs and fees.

Dated: May 10, 2017               Respectfully submitted,

                                  FOLEY & LARDNER LLP


                                  /s/ Jose L. Patiño
                                  Jose L. Patiño (CA Bar No. 149568)
                                      jpatino@foley.com
                                  Nicola A. Pisano (CA Bar No. 151282)
                                      npisano@foley.com
                                  Justin E. Gray (CA Bar No. 282452)
                                      jegray@foley.com
                                  3579 Valley Centre Drive, Suite 300
                                  San Diego, CA 92130-3302

                                  Attorneys for Plaintiff
                                  Kyocera International, Inc.


Dated: May 10, 2017               Respectfully submitted,

                                  GARTEISER HONEA, PLLC


                                  /s/ Randall T. Garteiser (with permission)
                                  Randall T. Garteiser (CA Bar No. 231821)
                                  44 North San Pedro Road
                                  San Rafael, California 94903-4119

                                  Attorneys for Defendant
                                  Blue Spike, LLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served to all counsel of record, who are deemed to have consented to electronic service via the court's CM/ECF system per CivLR 5.4(d).

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on May 10, 2017.

*/s/ Jose L. Patiño*
Jose L. Patiño